**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAO BEDEL VEMBA,<br>Petitioner,<br>v.<br>ANTONE MONIZ, *et. al.*,<br>Respondents. | Civil Action No. 1:26-cv-12072-BEM |

**RESPONSE TO HABEAS PETITION**

Petitioner Joao Bedel Vemba has filed a Petition for Writ of Habeas Corpus challenging his immigration detention and seeking immediate release or a bond hearing. *See generally* Doc. 1. The Petitioner does not appear to be a member of the class certified in *Guerrero Orellana v. Moniz*, Civil Action No. 25-cv-12664-PBS, 2025 WL 3687757, at *10 (D. Mass. Dec. 19, 2025).

Furthermore, the Petitioner is detained under 8 U.S.C 1226(a). As such, the Petitioner appears to be eligible for a bond hearing. Respondents submit that the Court may resolve this Petition without further briefing or oral argument.

Dated: May 8, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: May 8, 2026

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney