UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOAO BEDEL VEMBA,**

Petitioner,

v.

CIVIL ACTION NO. 26-12072-BEM

**ANTONE MONIZ,** *Superintendent, Plymouth County Correctional Facility,*
**DAVID WESLING,** *Acting Field Office Director,*
**MICHAEL KROL,**
*HSI New England Special Agent in Charge,*
**TODD LYONS,** *Acting Director U.S. Immigrations and Customs Enforcement,*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security,*
**U.S. DEPARTMENT OF HOMELAND SECURITY,**
**TODD BLANCHE**, *Acting U.S. Attorney General,*

Respondents.

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on May 13, 2026, granting the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

***/s/ Marlene Martins***

Deputy Clerk

DATED: May 13, 2026