**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAO BEDEL VEMBA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et. al*,<br><br>Respondents. | Civil Action No. 26-cv-12072-BEM |

**<u>RESPONDENTS' STATUS REPORT</u>**

Pursuant to this Court's Order (Doc. No. 11), Respondents respectfully provide the Court with the following status update on the bond hearing for Joao Bedel Vemba:

On May 13, 2026, this Court entered an Order requiring that a bond hearing be conducted by May 20, 2026. *See* Doc. No. 11. The Court also ordered Respondents to provide a status report regarding compliance of the bond hearing by May 21, 2026. *See id*. However, agency counsel for Immigration and Customs Enforcement informed the undersigned counsel that the Petitioner was released pursuant to the Court's prior Order. *See* Doc. No. 8. The release of the Petitioner was before the Court's Order granting the Respondents Motion to Reconsider. *See* Doc. No. 11. Per agency counsel, the Petitioner was not re-detained. As such, the need for a bond hearing became moot since the Petitioner was released and not conducted thereafter. Respondents respectfully request this Court dismiss this action as the petition has been granted and the Respondent has been released.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 21, 2026

By: *<u>/s/ Vincent Engingro III</u>*

VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 21, 2026

By: *<u>/s/ Vincent Engingro III</u>*

VINCENT ENGINGRO III
Special Assistant United States Attorney